UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Drishticon, Inc.            , <br> Plaintiff(s), <br> v. <br> United States Citizenship and Immigration Service            , <br> Defendant(s). | Case No. 4:24-cv-02443-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jonathan D. Wasden, an active member in good standing of the bar of Mississippi, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Drishticon, Inc. in the above-entitled action. My local co-counsel in this case is Sameer Avinash Khedekar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 230018.

9427 Goldfield Lane, Burke, VA 22015
MY ADDRESS OF RECORD

1049 El Monte Ave. Ste C10, Mountain View, CA 94040
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(843)872-4978
MY TELEPHONE # OF RECORD

(650)275-3124
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jon@wasden.law
MY EMAIL ADDRESS OF RECORD

sameer@banyan.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MSB 100563.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2024

Jonathan D. Wasden
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan D. Wasden is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/3/2024

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Jonathan Del Wasden,** Mississippi Bar Identification Number **(100563)** was admitted to practice law, **May 9, 2002.**

_____
Amy S. Ward
Membership Records Coordinator

Date   04/11/2024

