ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DRISHTICON, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | C 4:24-cv-02443 HSG <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

  The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendant must serve its answer or otherwise respond in the above-entitled action. Defendant will file a response on or before July 12, 2024.

  The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or July 23, 2024, Defendant must file a motion for summary judgment by 120 days after the Complaint was served, or August 27, 2024. In light of the agreed-upon extension for Defendant's response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by August 6, 2024, Defendant must file a motion for summary judgment by September 10, 2024. In

accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: June 24, 2024                     Respectfully submitted,

                                         ISMAIL J. RAMSEY
                                         United States Attorney

                                         /s/ Elizabeth D. Kurlan
                                         ELIZABETH D. KURLAN
                                         Assistant United States Attorney

                                         *Attorneys for Defendant*

Dated: June 21, 2024

                                         /s/ Jonathan D. Wasden
                                         JONATHAN D. WASDEN
                                         *Pro Hac Vice*

                                         SAMEER A. KHEDEKAR
                                         Banyan Immigration PC

                                         *Attorneys for Plaintiff*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   6/24/2024

                                         HAYWOOD S. GILLIAM, JR.
                                         United States District Judge