SAMEER KHEDEKAR
CA Bar No. 230018
Vanguard Visa Law PC
1049 El Monte Ave. Ste C10,
Mountain View, CA 94040
Phone: (650)275-3124
Email: sameer@vanguardvisalaw.com

JONATHAN D. WASDEN*
MSB No. 100563
Wasden Law
9427 Goldfield Lane
Burke, VA 22015
Phone: (843)872-4978
Email: jon@wasden.law

*Appearing Pro Hac Vice

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Drishticon, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> United States Citizenship and Immigration Service, <br><br> *Defendant.* | Case No.: 4:24-cv-02443-HSG <br><br> **STIPULATION TO EXTEND DEADLINE FOR FILING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** ; ORDER |

    The parties, through their respective counsel of record, pursuant to Civil Local Rule (N.D. Cal. 6-2), hereby stipulate to an extension of time of 30 days within which the Plaintiff shall file a Summary Judgment Motion under the Court's Immigration Mandamus Procedural Order. Pursuant to the agreed-upon extension for Defendant's response to the Complaint, if

Plaintiff has not filed a Motion for Summary Judgment by August 6, 2024, Defendant must file a motion for summary judgment by September 10, 2024. Dkt. No. 15. Plaintiff's counsel needs additional time to finalize and file the Motion for Summary Judgment because undersigned has been away from the office and unable to log into his work computer while completing two rounds of Military Reserve Duty.

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff must file and serve a Motion for Summary Judgment by September 6, 2024. Defendant must file and serve any opposition or counter-motion by October 7, 2024. Plaintiff may serve and file a reply within 14 days after service of defendant's opposition or counter-motion.

In accordance with Civil Local Rule (N.D. Cal. 5-1(i)(3)), the filer of this document attests that all signatories have concurred in the filing of this document.

Dated: August 1, 2024,                    Respectfully Submitted,

                                By     /s/Jonathan D. Wasden
                                       Jonathan D. Wasden
                                       Wasden Law
                                       *Appearing Pro Hac Vice*

                                       /s/ Sameer Khedekar
                                       Sameer Khedekar
                                       Vanguard Visa Law PC

                                       *Attorneys for the Plaintiff*

Dated: August 1, 2024,

                                       BRIAN M. BOYNTON
                                       Principal Deputy Assistant Attorney General

                                       WILLIAM C. PEACHEY
                                       Director

                                       GLENN M. GIRDHARRY
                                       Assistant Director

STIPULATION TO EXTEND TIME
4:24-CV-02443-HSG                          2

|   |   |
|---|---|
| 1 | AARON S. GOLDSMITH |
| 2 | Senior Litigation Counsel |

By: */s/ Aaron S. Goldsmith*
Executed on behalf of
BRIAN V. SCHAEFFER
Trial Attorney (TX BN 24063128)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7311
Facsimile: (202) 305-7000

*Attorneys for the Defendant*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  8/2/2024

HAYWOOD S. GILLIAM, JR.
United States Magistrate Judge

STIPULATION TO EXTEND TIME
4:24-CV-02443-HSG                              3