SAMEER KHEDEKAR
CA Bar No. 230018
Vanguard Visa Law PC
1049 El Monte Ave. Ste C10,
Mountain View, CA 94040
Phone: (650)275-3124
Email: sameer@vanguardvisalaw.com

JONATHAN D. WASDEN*
MSB No. 100563
Wasden Law
9427 Goldfield Lane
Burke, VA 22015
Phone: (843)872-4978
Email: jon@wasden.law

*Appearing Pro Hac Vice

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Drishticon, INC., | Case No.: 4:24-cv-02443-HSG |
| *Plaintiff,* | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR FILING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER** |
| United States Citizenship and Immigration Service, | |
| *Defendant.* | |

The parties, through their respective counsel of record, pursuant to Civil Local Rule (N.D. Cal. 6-2), hereby stipulate to an extension of time of 14 days within which the Plaintiff shall file a Summary Judgment Motion under the Court's Immigration Mandamus Procedural Order. Plaintiff's counsel requires additional time to finalize and file the Motion for Summary

STIPULATION TO EXTEND TIME
4:24-CV-02443-HSG                            1

Judgment because undersigned's house was robbed and this unfortunate event prevented him from utilizing the time that counsel designated to finalize the Motion for Summary Judgment prior the filing deadline. In addition, undersigned counsel for Plaintiff will be away from the office and unable to log into his work computer due previously scheduled business travel.

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff must file and serve a Motion for Summary Judgment by September 20, 2024. Defendant must file and serve any opposition or counter-motion by October 21, 2024. Plaintiff may serve and file a reply within 14 days after service of defendant's opposition or counter-motion.

      In accordance with Civil Local Rule (N.D. Cal. 5-1(i)(3)), the filer of this document attests that all signatories have concurred in the filing of this document.

Dated: September 5, 2024,                    Respectfully Submitted,

                                          By:  /s/Jonathan D. Wasden
                                                  Jonathan D. Wasden
                                                  Wasden Law
                                                  *Appearing Pro Hac Vice*

                                                  /s/ Sameer Khedekar
                                                  Sameer Khedekar
                                                  Vanguard Visa Law PC

                                                  *Attorneys for the Plaintiff*

Dated: September 5, 2024,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  WILLIAM C. PEACHEY
                                                  Director

                                                  GLENN M. GIRDHARRY
                                                  Assistant Director

                                                  AARON S. GOLDSMITH
                                                  Senior Litigation Counsel

```
                                          By:  /s/ Brian V. Schaeffer
                                               BRIAN V. SCHAEFFER
                                               Trial Attorney (TX BN 24063128)
                                               U.S. Department of Justice, Civil Division
                                               Office of Immigration Litigation
                                               District Court Section
                                               P.O. Box 868, Ben Franklin Station
                                               Washington, DC 20044
                                               Telephone: (202) 598-7311
                                               Facsimile: (202) 305-7000


                                               Attorneys for the Defendant
```

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   9/6/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge