BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
AARON S. GOLDSMITH
Senior Litigation Counsel
BRIAN V. SCHAEFFER
Trial Attorney (TX BN 24063128)
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7311; (202) 305-7000 (fax)
brian.schaeffer@usdoj.gov

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Drishticon, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> United States Citizenship and Immigration Service, <br><br> *Defendant.* | Case No.: 4:24-cv-02443-HSG <br><br> **STIPULATION TO AMEND PROGRESSION SCHEDULE FOR FILING MOTION FOR SUMMARY JUDGMENT; ORDER** |

The parties, through their respective counsel of record, pursuant to Civil Local Rule (N.D. Cal. 6-2), hereby stipulate to this amended schedule for filing of Motions for Summary Judgment. Defendant is in the process of supplementing the Certified Administrative Record ("CAR") with a document that was mistakenly left out of the original CAR. The document is undergoing the necessary certification and redactions.

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that new progression schedule shall be as follows:

1) Defendant serves Plaintiff with the complete CAR by October 11, 2024.

2) Plaintiff must file and serve a Motion for Summary Judgment by October 25, 2024.

3) Defendant must file and serve any opposition or counter-motion by November 25, 2024.

4) The Parties may serve and file a reply within 21 days after service of any opposition or counter-motion.

In accordance with Civil Local Rule (N.D. Cal. 5-1(i)(3)), the filer of this document attests that all signatories have concurred in the filing of this document.

Dated: September 19, 2024,                          Respectfully Submitted,

                                        By:   /s/Jonathan D. Wasden
                                              Jonathan D. Wasden
                                              Wasden Law
                                              *Appearing Pro Hac Vice*

                                              /s/ Sameer Khedekar
                                              Sameer Khedekar
                                              Vanguard Visa Law PC

                                              *Attorneys for the Plaintiff*

Dated: September 19, 2024,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              WILLIAM C. PEACHEY
                                              Director

                                              GLENN M. GIRDHARRY
                                              Assistant Director

                                              AARON S. GOLDSMITH
                                              Senior Litigation Counsel

                                        By:   /s/ Brian V. Schaeffer

STIPULATION TO AMEND PROGRESSION SCHEDULE
4:24-CV-02443-HSG                                   2

BRIAN V. SCHAEFFER
Trial Attorney (TX BN 24063128)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7311
Facsimile: (202) 305-7000

*Attorneys for the Defendant*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  9/19/2024

HAYWOOD S. GILLIAM, JR.
United States District Court Judge