UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRISHTICON, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | CASE NO. 4:24-CV-2443-HSG <br><br> **ORDER** <br><br> Hon. Haywood S. Gilliam, Jr. |

Having Considered the administrative motion for the certified administrative record in this case to be filed under seal, and for good cause shown, it is ordered that the motion be GRANTED, PURSUANT TO STIPULATION IT IS SO ORDERED,

Dated: 1/7/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge